299 So.2d 767

**In re Bobby James STAGGS**

**v.**

**STATE.**

**Ex parte Bobby James Staggs.**

**SC 935.**

Supreme Court of Alabama.

Aug. 29, 1974.

John Tucker, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State.

FAULKNER, Justice.

Petition of Bobby James Staggs for Certiorari to the Court of Criminal Appeals to review and revise the judgment and deci-

sion of that Court in Staggs v. State, 53 Ala.App. 314, 299 So.2d 756.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.